# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07 CR 167 |
|---|---|---|
| v. | ) | |
| JESSE LOPEZ | ) | |

## ORDER TO DISMISS WITHOUT PREJUDICE

On the government's motion to dismiss the Indictment against JESSE DAVID REID in the above-captioned matter (Doc. No. 27), for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that defendant JESSE DAVID REID is dismissed from the Indictment in Case No: 3:07 CR 167 without prejudice.

IT IS SO ORDERED.

Signed: October 3, 2008

Frank D. Whitney
United States District Judge